RECEIVED
IN LAKE CHARLES, LA
JUL 3 0 2007
pam
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CLIVE WILSON** | : | **DOCKET NO. 07-515** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **U.S. ATTORNEY GENERAL** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petitioner's Petition for Writ of *Habeas Corpus* under 29 U.S.C. § 2241 is hereby **DISMISSED without prejudice.**

**THUS DONE AND SIGNED** in Chambers at Lake Charles, Louisiana, this 30th day of July, 2007.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE